ACCEPTED
03-14-00629-CV
4706963
THIRD COURT OF APPEALS
AUSTIN, TEXAS
3/31/2015 11:01:53 AM
JEFFREY D. KYLE
CLERK



**KEN PAXTON**
ATTORNEY GENERAL OF TEXAS

March 31, 2015

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
3/31/2015 11:01:53 AM
JEFFREY D. KYLE
Clerk

The Honorable Jeffrey D. Kyle
Clerk, Third Court of Appeals of Texas
P.O. Box 12547
Austin, Texas 78711-2547

RE:     Appeal No. 03-14-00629-CV; Trial Court No. D-1-GN-13-003654; *Los Fresnos Consolidated Independent School District and Michael L. Williams, Commissioner of Education v. Jorge Vazquez*; in the Third Judicial District Court of Appeals, Austin, Texas.

Dear Mr. Kyle:

In reference to the Court's letter dated March 30, 2015, requesting confirmation of the parties' interest in oral argument before the Court, this letter is written to notify the Court and all parties of record that counsel for the Appellant Michael L. Williams, Commissioner of Education, wishes to argue this case before the Court. The Commissioner's counsel is available for the current setting of April 22, 2015, at 1:30 p.m.

Thank you for your attention in this matter.

Respectfully,

/s/Jennifer L. Hopgood
JENNIFER L. HOPGOOD
Assistant Attorney General
Administrative Law Division
P.O. Box 12548
Austin, TX 78711-2548
Phone (512) 936-1660; Fax (512) 320-0167
Jennifer.Hopgood@texasattorneygeneral.gov
ATTORNEY FOR MICHAEL WILLIAMS,
TEXAS COMMISSIONER OF EDUCATION

cc: Counsel/Parties of Record